**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __Texas__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual     12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Flexrod, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

____ – _____
EIN

**5. Debtor's address**

**Principal place of business**

24 Smith Rd.
Number   Street

Suite 503

Midland     TX     79705
City        State   ZIP Code

Midland
County

**Mailing address, if different**

_____
Number   Street

_____
P.O. Box

_____
City        State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number   Street

_____
City        State   ZIP Code

Official Form 205          Involuntary Petition Against a Non-Individual          page 1


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Flexrod, LLC  
_____Name_____  Case number (*if known*) _____

| 6. Debtor's website (URL) | http://flexrodss.com/ |
|---|---|

| 7. Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other type of debtor. Specify: _____ |
|---|---|

| 8. Type of debtor's business | *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☒ None of the types of business listed. <br> ☐ Unknown type of business. |
|---|---|

| 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☒ No <br> ☐ Yes. Debtor _____ Relationship _____ <br> District _____ Date filed _____ Case number, if known _____ <br> MM / DD / YYYY <br><br> Debtor _____ Relationship _____ <br> District _____ Date filed _____ Case number, if known _____ <br> MM / DD / YYYY |
|---|---|

**Part 3:  Report About the Case**

| 10. Venue | *Check one:* <br> ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
|---|---|

| 11. Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). <br> The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). <br><br> *At least one box must be checked:* <br> ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. <br> ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
|---|---|

| 12. Has there been a transfer of any claim against the debtor by or to any petitioner? | ☒ No <br> ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |
|---|---|

Official Form 205  Involuntary Petition Against a Non-Individual  page 2



Debtor  Flexrod, LLC                                    Case number (*if known*) _____
        Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Don-Nan Pump & Supply Co., Inc. | Trade Debt | $ 848.46 |
| | RJ Machine Company | Trade Debt | $ 244,463.25 |
| | Rod Lift Consulting, LLC | Trade Debit | $ 174,683.17 |
| | | Total of petitioners' claims | $ 419,994.88 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| Don-Nan Pump & Supply Co., Inc. | Bernard R. Given, II |
| Name | Printed name |
| 3427   E. Garden City HWY | Loeb & Loeb LLP |
| Number   Street | Firm name, if any |
| Midland        Texas       79706 | 10100 Santa Monica Blvd., Suite 2200 |
| City           State       ZIP Code | Number   Street |
| | Los Angeles       CA       90250 |
| **Name and mailing address of petitioner's representative, if any** | City              State    ZIP Code |
| _____ | Contact phone  310-282-2000   Email bgiven@loeb.com |
| Name | |
| _____ | Bar number  0799018 |
| Number   Street | |
| _____ | State    TX |
| City      State      ZIP Code | |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on _____ | ✗ /s/ Bernard R. Given, II |
|   MM / DD / YYYY | Signature of attorney |
| ✗ _____ | Date signed 03/23/2016 |
| Signature of petitioner or representative, including representative's title |   MM / DD / YYYY |

Official Form 205                Involuntary Petition Against a Non-Individual                page 3



Debtor __Flexrod, LLC__  Case number (*if known*) _____
        Name

**Name and mailing address of petitioner**

RJ Machine Company
Name

130    Northridge Rd.
Number  Street

Marble Falls          Texas        78654
City                  State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City          State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Bernard R. Given, II
Printed name

Loeb & Loeb LLP
Firm name, if any

10100  Santa Monica Blvd., Suite 2200
Number  Street

Los Angeles              CA        90250
City                     State     ZIP Code

Contact phone  310-282-2000   Email bgiven@loeb.com

Bar number  0799018

State  TX

✗ /s/ Bernard R. Given, II
Signature of attorney

Date signed  03/23/2016
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Rod Lift Consulting LLC
Name

13100  W. County Road 91
Number  Street

Midland              Texas        79707
City                 State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City          State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Bernard R. Given, II
Printed name

Loeb & Loeb LLP
Firm name, if any

10100  Santa Monica Blvd., Suite 2200
Number  Street

Los Angeles              CA        90250
City                     State     ZIP Code

Contact phone  310-282-2000   Email bgiven@loeb.com

Bar number  0799018

State  TX

✗ /s/ Bernard R. Given, II
Signature of attorney

Date signed  03/23/2016
             MM / DD / YYYY

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor __Flexrod, LLC__ Case number (if known) _____
      Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Don-Nan Pump & Supply Co., Inc. | Trade Debt | $ 848.46 |
| RJ Machine Company | Trade Debt | $ 244,463.25 |
| Rod Lift Consulting, LLC | Trade Debit | $ 174,683.17 |
| | Total of petitioners' claims | $ 419,994.88 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Don-Nan Pump & Supply Co., Inc.
Name

3427 E. Garden City HWY
Number  Street

Midland  Texas  79706
City  State  ZIP Code

Name and mailing address of petitioner's representative, if any

Kyel Hodenfield
Name

105 Industrial Blvd.
Number  Street

Sugar Land  TX  77478
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/22/2016
      MM / DD / YYYY

x _/s/ Kyel Hodenfield_
Signature of petitioner or representative, including representative's title
Kyel Hodenfield, President

**Attorneys**

Bernard R. Given, II
Printed name

Loeb & Loeb LLP
Firm name, if any

10100 Santa Monica Blvd., Suite 2200
Number  Street

Los Angeles  CA  90250
City  State  ZIP Code

Contact phone 310-282-2000  Email bgiven@loeb.com

Bar number 0799018

State TX

x
Signature of attorney

Date signed _____
    MM / DD / YYYY

Official Form 205  Involuntary Petition Against a Non-Individual  page 3

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   Flexrod, LLC
         Name

Case number (if known) _____

**Name and mailing address of petitioner**

RJ Machine Company
Name

130   Northridge Rd.
Number  Street

Marble Falls          Texas        78654
City                  State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City         State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3-23-16
             MM / DD / YYYY

X _Gary Martin, President_ (signed)
Signature of petitioner or representative, including representative's title

Bernard R. Given, II
Printed name

Loeb & Loeb LLP
Firm name, if any

10100  Santa Monica Blvd., Suite 2200
Number  Street

Los Angeles              CA      90250
City                     State   ZIP Code

Contact phone 310-282-2000    Email bgiven@loeb.com

Bar number   0799018

State        TX

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Rod Lift Consulting LLC
Name

13100  W. County Road 91
Number  Street

Midland               Texas        79707
City                  State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City         State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Bernard R. Given, II
Printed name

Loeb & Loeb LLP
Firm name, if any

10100  Santa Monica Blvd., Suite 2200
Number  Street

Los Angeles              CA      90250
City                     State   ZIP Code

Contact phone 310-282-2000    Email bgiven@loeb.com

Bar number   0799018

State        TX

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205       Involuntary Petition Against a Non-Individual       page 4

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   Flexrod, LLC
         Name

Case number (if known) _____

### Name and mailing address of petitioner

**Name:** RJ Machine Company

**Number:** 130  **Street:** Northridge Rd.

**City:** Marble Falls  **State:** Texas  **ZIP Code:** 78654

### Name and mailing address of petitioner's representative, if any

**Name:** _____

**Number:** ____ **Street:** ____

**City:** ____ **State:** ____ **ZIP Code:** ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

**Printed name:** Bernard R. Given, II

**Firm name, if any:** Loeb & Loeb LLP

**Number:** 10100 **Street:** Santa Monica Blvd., Suite 2200

**City:** Los Angeles **State:** CA **ZIP Code:** 90250

**Contact phone:** 310-282-2000  **Email:** bgiven@loeb.com

**Bar number:** 0799018

**State:** TX

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

### Name and mailing address of petitioner

**Name:** Rod Lift Consulting LLC

**Number:** 13100 **Street:** W. County Road 91

**City:** Midland **State:** Texas **ZIP Code:** 79707

### Name and mailing address of petitioner's representative, if any

**Name:** Kyel Hodenfield

**Number:** 105 **Street:** Industrial Blvd.

**City:** Sugar Land **State:** TX **ZIP Code:** 77478

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/22/2016
            MM / DD / YYYY

✗ _[signed]_ Kyel Hodenfield, President
Signature of petitioner or representative, including representative's title

---

**Printed name:** Bernard R. Given, II

**Firm name, if any:** Loeb & Loeb LLP

**Number:** 10100 **Street:** Santa Monica Blvd., Suite 2200

**City:** Los Angeles **State:** CA **ZIP Code:** 90250

**Contact phone:** 310-282-2000 **Email:** bgiven@loeb.com

**Bar number:** 0799018

**State:** TX

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

American LegalNet, Inc.
www.FormsWorkFlow.com